IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:11-CR-00337-RJC-DSC

| | |
|---|---|
| USA | ) |
| | ) |
| v. | ) ORDER |
| | ) |
| NATALIA CHRISTINA WADE (8) | ) |
| | ) |

**THIS MATTER** is before the Court upon its own motion and the defendant's motion to join a co-defendant's motion challenging the validity of the verdict. (Doc. No. 509).

The Court finds good cause to grant the motion to join and that resolution of the motion challenging the verdict requires a continuance of the sentencing hearing currently scheduled for October 21, 2014.

**IT IS, THEREFORE, ORDERED** that the defendant's motion to join, (Doc. No. 509), is **GRANTED** and the above captioned case be continued to a date to be announced by separate order.

The Clerk is directed to certify copies of this order to the defendant, counsel for the defendant, to the United States Attorney, the United States Marshals Service, and the United States Probation Office.

Signed: October 14, 2014

Robert J. Conrad, Jr.
United States District Judge