IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:11-CR-00337-RJC-DSC

| USA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| NATALIA CHRISTINA WADE (8) | ) | |
| | ) | |

**THIS MATTER** comes before the Court on the defendant's pro se Motion to Reconsider. (Doc. No. 619).

The Court finds that she has not stated a sufficient basis to reconsider the Order, (Doc. No. 618), denying her motion for a reduction in sentence, (Doc. No. 617).

**IT IS, THEREFORE, ORDERED** that the defendant's Motion to Reconsider, (Doc. No. 619), is **DENIED.**

Signed: June 28, 2019

Robert J. Conrad, Jr.
United States District Judge