| Prob 22 (2/98) **TRANSFER OF JURISDICTION** | DOCKET NUMBER (Tran Court) 3:11CR00337-8 |
|---|---|
| | DOCKET NUMBER (Rec Court) 2:20-cr-0171 TLN |

| NAME AND ADDRESS OF PROBATION/SUPERVISED RELEASEE:<br><br>Natalia Christina Wade<br>Suisun City, CA | DISTRICT<br>Western District of North Carolina |
|---|---|
| | NAME OF SENTENCING JUDGE<br>The Honorable Robert J. Conrad, Jr. |
| | DATES OF PROB/TSR RELEASE — FROM 12/20/2019 — TO 12/19/2023 |

**FILED Sep 21, 2020 CLERK, U.S. DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA**

**OFFENSE**
Count 1: Conspiracy to possess with intent to distribute at least 100 kg of marijuana (21:841(b)(1)(B)), in violation of 21:846; Count 2: Conspiracy to commit money laundering, in violation of 18:1956(h); and Count 4: Attempt, assist, structure currency transactions with financial institutions as a pattern of illegal activity and aiding and abetting same, in violation of 31:53249(a)(3) & 5324(d)(1).

**PART 1 – ORDER TRANSFERRING JURISDICTION**

**UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF NORTH CAROLINA**

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised release named above be transferred with the records of the Court to the United States District Court for the Eastern District of California upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

September 3, 2020
Date

_Robert J. Conrad_
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 – ORDER ACCEPTING JURISDICTION**

**UNITED STATES DISTRICT COURT FOR THE** Eastern District of California, Sacramento Division

IT IS HEREBY ORDERED that jurisdiction over the above-named probation/supervised releasee be accepted by this Court from and after the entry of this order.

September 21, 2020
Date

_Troy L. Nunley_
Troy L. Nunley
United States District Judge

RECEIVED
CHARLOTTE, NC
OCT 14 2020
Clerk, US D
Western Dist